| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LaPorte Avenue Suite 100<br>Fort Collins, CO 80521<br>(970) 498-6100 | |
| Plaintiff: Abdurrazzag Faris<br><br>v.<br><br>Defendant: Performance Bicycle Shop, Inc. | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Michael Born, Reg. No. 38464<br>Franklin D. Azar & Associates, P.C.<br>14426 East Evans Avenue<br>Aurora, Colorado 80014<br>Phone Number: (303) 757-3300<br>Fax Number: (303) 757-3206<br>E-Mail: bornm@fdazar.com | Case No. 2014CV030876<br><br>Division: 4A |
| **COMPLAINT** | |

Abdurrazzag Faris, (hereinafter "Plaintiff"), by and through the undersigned counsel, for his Complaint for damages, states and alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is an individual and resident of the State of Colorado.

2. Defendant is a North Carolina based company which is licensed to conduct business in the State of Colorado with a principal address being One Performance Way, PO Box 2741, Chapel Hill, NC, 27514. Its registered agent, National Registered Agents, Inc. is located at 1675 Broadway, Suite 1200, Denver, CO 80202.

3. Venue is proper in this action pursuant to C.R.C.P. 98 (c)(5).

4. On or about June 15, 2013, at approximately 10:30 a.m., Plaintiff was riding his bike when the rear wheel locked up and the Plaintiff flipped over the handle bars, causing injuries. The incident occurred in Horsetooth Canyon in the County of Larimer, State of Colorado. One day before the incident, Plaintiff took his bicycle to the Defendant, Performance Bicycle in Fort Collins for a tune up.

5. The above-described incident was caused by the negligence of Defendant by negligently performing maintenance and or repairs on the Plaintiff's bicycle.

6. Defendant's tortious conduct on the occasion in question was sufficient to cause, and did cause, Plaintiff severe and permanent injuries.

7. Plaintiff was not negligent on the occasion in question.

## FIRST CLAIM FOR RELIEF
*(Negligence)*

The allegations contained above are incorporated herein by reference as if now set forth verbatim.

8. As a direct and proximate result of the negligence of Defendant on the occasion in question, Plaintiff incurred substantial, serious, physical and emotional injuries including, but not limited to, physical injuries, past, present and future physical pain and suffering, severe mental anguish, loss of the value of his time and loss of enjoyment of life. Accordingly, Plaintiff seeks general and special damages from Defendant as a consequence of the injuries and damages suffered as a result of Defendant's negligent conduct on the occasion in question.

9. As a further direct and proximate result of the negligence of Defendant on the occasion in question, Plaintiff incurred medical bills, physician bills, rehabilitation and therapy bills, medication expenses and other special damages and expenses. Plaintiff's economic damages are still accruing and she will continue to incur medical bills, physician bills, rehabilitation and therapy bills, medication expenses and other special damages and expenses far into the future; if not for the balance of his natural life. Accordingly, Plaintiff seeks economic damages from Defendant, both past and future, in an amount to be itemized at trial.

WHEREFORE, Plaintiff requests the Court enter judgment against Defendant for all general damages, special damages, all statutory and necessary costs including, but not limited to, expert witness fees, expenses incurred in the investigation and discovery required to present Plaintiff's claims, pre- and post-judgment interest at the requisite rate, and for such other and further relief as this Court shall deem proper, just and appropriate under the circumstances.

Respectfully submitted: September 5, 2014.

FRANKLIN D. AZAR & ASSOCIATES, P.C.
By /s/ *Michael Born*
Michael Born #38464
ATTORNEY FOR PLAINTIFF

**Plaintiff's Address:**
**4036 Burr Oak Drive**
**Loveland, CO 80538**

9-12-14
12:24
ES

| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LaPorte Avenue Suite 100<br>Fort Collins, CO 80521<br>(970) 498-6100 | |
|---|---|
| Plaintiff: Abdurrazzag Faris<br><br>v.<br><br>Defendant: Performance Bicycle Shop, Inc. | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Michael Born, Reg. No. 38464<br>Franklin D. Azar & Associates, P.C.<br>14426 East Evans Avenue<br>Aurora, Colorado 80014<br>Phone Number: (303) 757-3300<br>Fax Number: (303) 757-3206<br>E-Mail: bornm@fdazar.com | Case No. 2014CV030876<br><br>Division: 4A |
| **SUMMONS** | |

THE PEOPLE OF THE STATE OF COLORADO
TO THE DEFENDANT(S) ABOVE-NAMED: Performance Bicycle Shop, Inc.

You are summoned and required to file with the Clerk of this Court, an Answer or other response to the attached Complaint within twenty one (21) days after this Summons is served on you in the State of Colorado, or within thirty five (35) days after this Summons is served on you outside the State of Colorado.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint, without any further notice to you.

The following documents are also served with this Summons: Complaint and Civil Case Cover Sheet

Dated: September 5, 2014.

              **FRANKLIN D. AZAR & ASSOCIATES, P.C.**
              */s/  Michael Born*
              Michael Born, Reg. No. 38464
              ATTORNEYS FOR PLAINTIFF

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons.