IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02790-CMA-NYW

ABDURRAZZAG FARIS,

    Plaintiff,

v.

PERFORMANCE BICYCLE SHOP, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice signed by the attorneys for the parties hereto (Doc. # 19), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: July 24, 2015        BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge